UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNAH M. RAY,

      Plaintiff,

v.                                      Case No.: **8:24-CV-02200**

CITY OF CLEARWATER; and SCOTT YEATES,

      Defendants.
_____/

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the Defendant, City of Clearwater, will take the deposition, by oral examination, of the person named below, at the time, date, and place indicated:

| NAME | TIME AND DATE | PLACE |
|---|---|---|
| Hannah M. Ray (to be produced) | August 6, 2025 @ 2:00 p.m. | Via Zoom (link to be provided) |

before an Associate or Deputy Court Reporter and Notary Public of the office of Compass Reporting Group, Official Court Reporters, or before their duly designated representative, who is not of counsel to the parties or interested in the event of the cause.  This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure.

1

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was sent by E-Mail this 1st day of July, 2025, to W. Thomas Wadley, Esq. at twadley@gbyassociates.com

*s/Michael Fuino*
MICHAEL FUINO/ FBN: 84191
Assistant City Attorney
P.O. Box 4748
Clearwater, FL  33758
(727) 562-4010
Primary:    Michael.Fuino@MyClearwater.com
Secondary: Kristen.Parete@MyClearwater.com
     Valerie.McHargue@MyClearwater.com
ATTORNEY FOR CITY OF CLEARWATER


cc:   Compass Reporting Group

2