UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HANNAH M. RAY,**
    Plaintiff,

v.                                                                                 Case No.: 8:24-cv-02200-JLB-AEP

**CITY OF CLEARWATER,**
**SCOTT YEATES & ROB SHAW**
    Defendants.
_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT TO DEFENDANT, SCOTT YEATES

**I HEREBY CERTIFY** that on the 16th day of July, 2025, the Plaintiff, **HANNAH M. RAY**, by and through the undersigned attorney, pursuant to Rule 1.442, Florida Rules of Civil Procedure, and Florida Statute 768.79, hereby gives notice of service of a Proposal for Settlement to the Defendant, **SCOTT YEATES**, with no copies filed with the Court, and was furnished by electronic mail to Michael Fuino, Esquire, at Michael.Fuino@MyClearwater.com; Kristen.Parete@MyClearwater.com, and Valerie.McHargue@MyClearwater.com.  Attorney for Defendants.

 

/s/ W. Thomas Wadley, Esquire.
*W. Thomas Wadley, Esquire*
*GBYS & Associates, PLLC.*
*2037 1st Avenue North*
*Saint Petersburg, Florida 33713*
*Phone: (727) 895-7932*
*Facsimile: (727) 895-7507*
***Primary E-mail:***
*TWadley@gbyassociates.com*
***Alternate E-mails:***
*AMS@gbyassociates.com;*
*ServiceDocs@gbyassociates.com*
***Attorney for Plaintiff***