UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNAH M. RAY,
        Plaintiff,

v.                                Case No.: 8:24-cv-02200-JLB-AEP

CITY OF CLEARWATER,
SCOTT YEATES & ROB SHAW
        Defendants.
_____/

### PLAINTIFF'S NOTICE OF TAKING DEPOSITION DUCES TECUM

      **PLEASE TAKE NOTICE** the Plaintiff, **HANNAH M. RAY**, will take the deposition of the persons named, on the date and time, at the location specified below:

| DEPONENT | DATE AND TIME | LOCATION |
|---|---|---|
| Officer Henry Giles | Wednesday, July 30, 2025 at 11:00 A.M. (EST) | Vincent M. Lucente & Associates, Inc.<br>Summit Executive Center<br>13575 58th Street North<br>Clearwater, Florida, 33760 |

      Items to be produced at the above-referenced Deposition:

    1. All Police Reports related to the Plaintiff's, **HANNAH M. RAY**, arrest.

An associate Court Reporter and Notary Public from the office of Vincent Lucente & Associates, Inc., or before one of their duly designated representatives, who is not of counsel to the parties or otherwise interested in the events of this cause, will be present for the above-referenced depositions. These depositions are being taken for the purpose of Discovery, for use at Trial, or for such other purposes, as are permitted under the Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was sent via e-mail on this 17th day of July, 2025, to Michael Fuino, Esquire, at Michael.Fuino@MyClearwater.com; Kristen.Parete@MyClearwater.com, and Valerie.McHargue@MyClearwater.com. Attorney for Defendants.

/s/ W. Thomas Wadley, Esquire.
*W. Thomas Wadley, Esquire*
*GBYS & Associates, PLLC.*
*2037 1st Avenue North*
*Saint Petersburg, Florida 33713*
***Phone:*** *(727) 895-7932*
***Facsimile:*** *(727) 895-7507*
***Primary E-mail:***
*TWadley@gbyassociates.com*
*Alternate E-mails:*
*AMS@gbyassociates.com;*
*ServiceDocs@gbyassociates.com*
***Attorney for Plaintiff***