UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNAH M. RAY,

       Plaintiff,

v.                                     Case No.: **8:24-CV-02200**

CITY OF CLEARWATER and SCOTT YEATES,

       Defendants.
_____/

## NOTICE OF CANCELLATION OF DEPOSITION

**COMES NOW** the Defendant, City of Clearwater, by and through its undersigned attorney, and hereby gives notice of the cancellation of the deposition of Hannah Ray scheduled for August 6, 2025, at 2:00 PM to be held via Zoom.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via E-Mail this 1st day of August, 2025, to W. Thomas Wadley, Esq. at twadley@gbyassociates.com

                                                  s/Michael Fuino
                                                  MICHAEL FUINO/ FBN: 84191
                                                  Assistant City Attorney
                                                  P.O. Box 4748
                                                  Clearwater, FL  33758
                                                  (727) 562-4010
                                                  Primary:   Michael.Fuino@MyClearwater.com
                                                  Secondary: Kristen.Parete@MyClearwater.com
                                                                 Valerie.McHargue@MyClearwater.com
                                                  ATTORNEY FOR CITY OF CLEARWATER

cc: Compass Reporting Group