UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNAH M. RAY,

       Plaintiff,

v.                                                        Case No.: **8:24-CV-02200**

CITY OF CLEARWATER; SCOTT YEATES;
and ROB SHAW,

       Defendants.
_____/

## NOTICE OF RESOLUTION

       Defendants City of Clearwater, Scott Yeates, and Rob Shaw (collectively, "the Defendants"), pursuant to M.D. Fla. Local Rule 3.09(a), hereby gives notice that they have resolved all claims asserted against them by Hannah M. Ray ("the Plaintiff") on August 1, 2025. The agreement between the parties is currently unwritten.

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on August 1, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notice to the following:

       W. Thomas Wadley (Counsel for the Plaintiff)

                                    s/Michael Fuino_____
                                    MICHAEL FUINO/ FBN: 84191
                                    Senior Assistant City Attorney
                                    P.O. Box 4748
                                    Clearwater, FL  33758
                                    (727) 562-4010
                                    Primary: Michael.Fuino@MyClearwater.com
                                    Secondary: Kristen.Parete@MyClearwater.com
                                              Valerie.McHargue@MyClearwater.com
                                    ATTORNEY FOR DEFENDANTS