UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANNAH M. RAY,

        Plaintiff,

v.                                                                Case No.: **8:24-cv-02200**

CITY OF CLEARWATER; SCOTT YEATES;
and ROB SHAW,

        Defendants.
_____/

## STIPULATON TO DISMISSAL WITH PREJUIDCE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Hannah M. Ray and defendants City of Clearwater, Scott Yeates, and Rob Shaw hereby stipulate that all claims between the parties have been fully resolved and therefore this action may be dismissed WITH PREJUIDCE.

| | |
|---|---|
| /s/ *Michael Fuino* | /s/ *W. Thomas Wadley* |
| MICHAEL FUINO | W. THOMAS WADLEY |
| Senior Assistant City Attorney | GBYS & Associates, PLLC |
| 600 Cleveland Street, Ste. 600 | 2037 1st Avenue North |
| Clearwater, FL 33755 | St. Petersburg, FL 33713 |
| P: 727-562-4010 | (T :) (727) 895-7932 |
| F: 727-562-4021 | TWadley@gbyassociates.com |
| Michael.Fuino@MyClearwater.com | AMS@gbyassociates.com |
| Attorney for Defendants | ServiceDocs@gbyassociates.com |
| | Attorney for Plaintiff |